JACOB D. BUNDICK, ESQ. (NV Bar No. 9772)
ERIC W. SWANIS, ESQ. (NV Bar No. 6840)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
bundickj@gtlaw.com
swanise@gtlaw.com
*Counsel for Defendant*
*CIT Bank, National Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD-RAY MAGO,<br><br>      Plaintiff,<br><br>    v.<br><br>CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; SETERUS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTONS, INC.,<br><br>      Defendants | Case No.: 2:16-cv-01173-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CIT BANK, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT** |

COME NOW, Defendant CIT BANK, NATIONAL ASSOCIATION ("CIT"), and Plaintiff EDWARD-RAY MAGO ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows

///

///

///

///

///

WDC 373354921v1

IT IS HEREBY STIULATED THAT:

1. CIT requested extra time to permit settlement discussions between CIT and Plaintiff, to which Plaintiff does not oppose, the deadline for CIT to respond to the Complaint is hereby extended to August 4, 2016.

Dated: July 21, 2016

**GREENBERG TRAURIG, LLP**

By: /s/ (signature)
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails: bundickj@gtlaw.com
swanise@gtlaw.com
*Attorneys for Defendant CIT Bank, National Association*

Dated: July 21, 2016

**HAINES & KRIEGER, LLC**

By: /s/David H. Krieger
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
Phone: 702-880-5554
Fax: 702-383-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 22, 2016