1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10  EDWARD-RAY T. MAGO,                    )        Case No. 2:16-cv-1173-KJD-NJK
                                           )
11                    Plaintiff,           )
                                           )
12  vs.                                    )        ORDER
                                           )
13  CIT BANK, NATIONAL ASSOCIATION;        )
    OCWEN LOAN SERVICING, LLC; SETERUS,    )
14  INC.; EQUIFAX TRANSFORMATION           )
    SERVICES, LLC; EXPERIAN INFORMATION    )
15  SOLUTIONS, INC,                        )
                                           )
16                    Defendants.          )

17

18      Pending before the court is Plaintiff's notice of settlement.  Docket No. 26.  Plaintiff has

19  resolved his dispute with Defendant CIT Bank on an individual basis.  The Court **GRANTS** Plaintiff's

20  request that all pending dates and  filing requirements as to CIT Bank be vacated and the Court

21  **ORDERS** Plaintiff and CIT Bank to file a stipulation of dismissal by Monday, October 3, 2016.

22

23      IT IS SO ORDERED.

    Dated: August 24, 2016            _____
24                                    NANCY J. KOPPE
                                      United States Magistrate Judge
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28