# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD-RAY T. MAGO,<br><br>                  Plaintiff,<br><br>vs.<br><br>CIT BANK, NATIONAL ASSOCIATION;<br>OCWEN LOAN SERVICING, LLC; SETERUS,<br>INC.; EQUIFAX TRANSFORMATION<br>SERVICES, LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC,<br><br>                  Defendants. | Case No. 2:16-cv-1173-KJD-NJK<br><br>ORDER |

Pending before the court is Plaintiff's notice of settlement. Docket No. 27. Plaintiff has resolved his dispute with Defendant Ocwen Loan Servicing, LLC ("Ocwen") on an individual basis. The Court **GRANTS** Plaintiff's request that all pending dates and filing requirements as to Ocwen be vacated and the Court **ORDERS** Plaintiff and Ocwen to file a stipulation of dismissal as to Ocwen by Monday, October 3, 2016.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge