David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Edward-Ray T. Mago*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Edward-Ray T. Mago,<br><br>    Plaintiff,<br><br>v.<br><br>CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; SETERUS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | Case No. 2:16-cv-01173-KJD-NJK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC ONLY** |

  Plaintiff Edward-Ray T. Mago and OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:        August 11, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Eric W. Swanis, Esq.
Eric W. Swanis, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400N
Las Vegas, NV 89169

*Attorney for Defendant Ocwen Loan Servicing, LLC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 8, 2016