# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD-RAY T. MAGO, | ) | Case No. 2:16-cv-01173-KJD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| CIT BANK, NATIONAL ASSOCIATION, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' Joint Status Report.  Docket No. 38.  The Joint Status Report proposes "a trial date in April of 2017."  *Id.* at 4.  Local Rule 26-3, however, requires parties to provide 3 alternative available trial dates.

Accordingly, the parties' Joint Status Report, Docket No. 38, is hereby **STRICKEN**. The Court hereby **ORDERS** the parties to file a report that complies with LR 26-3, no later than October 21, 2016.

IT IS SO ORDERED.

DATED: October 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge