# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD RAY-MAGO, | Case No. 2:16-cv-01173-KJD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CIT BANK, NATIONAL ASSOCIATION, et. al, | |
| Defendants. | |

Pending before the court is a notice of settlement between Plaintiff and Defendant Seterus, Inc.  Docket No. 41.  The Court hereby **GRANTS** the parties' request that all pending dates and filing requirements as to Defendant Seterus, Inc. be vacated.  The Court hereby **ORDERS** the parties to file a stipulation of dismissal no later than November 23, 2016.

IT IS SO ORDERED.

Dated: October 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge