1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

| | | |
|---|---|---|
| EDWARD-RAY MAGO, | ) | Case No. 2:16-cv-01173-KJD-NJK |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CIT BANK, NATIONAL ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

12      On October 24, 2016, the Court ordered Plaintiff and Defendant Seterus, Inc. to file a

13  stipulation of dismissal no later than November 23, 2016.  Docket No. 42.  To date, the parties

14  have not complied with that order.  *See* Docket.

15      Accordingly, the Court hereby **ORDERS** the parties to file a stipulation of dismissal, no

16  later than December 9, 2016.

17      IT IS SO ORDERED.

18      Dated: December 2, 2016

19
20      _____

NANCY J. KOPPE
United States Magistrate Judge

21
22
23
24
25
26
27
28