WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher S. Connell, Esq.
Nevada Bar No. 11547
7785 West Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cconnell@wrightlegal.net
*Attorney for Secured Creditor, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD-RAY MAGO, | Case No.: 2:16-cv-01173-KJD-NJK |
| Plaintiff, | **ORDER TO DISMISS** |
| v. | |
| CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; SETERUS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants | |

SETERUS INC. ("Seterus"), by and through its attorneys of record, Christopher S. Connell, Esq. and Edgar C. Smith, Esq. of the law firm of WRIGHT, FINLAY & ZAK and Plaintiff, EDWARD-RAY MAGO (hereinafter the "Mago") by and through their attorneys of record Miles N. Clark, of the law firm of KNEPPER & CLARK, LLC hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff, EDWARD-RAY MAGO is dismissed WITH PREJUDICE;

///

///

///

1     IT IS SO STIPULATED AND AGREED.

2 DATED this 9th day of December, 2016.    DATED this 9th day of December, 2016.

3 WRIGHT, FINLAY & ZAK, LLP    KNEPPER & CLARK, LLC

/s/ Christopher S. Connell    /s/ Miles N. Clark
Christopher S. Connell, Esq.    Miles N. Clark, Esq.
Nevada Bar No. 12720    Nevada Bar No. 13848
7785 W. Sahara Ave., Suite 200,    Matthew I. Knepper, Esq.
Las Vegas, NV 89117    Nevada Bar No. 12796
*Attorneys for Defendant Seterus, Inc.*    10040 W. Cheyenne Ave., Suite 107-109
Las Vegas, NV 89129

HAINES & KRIEGER, LLC
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff Edward Ray Mago*

## ORDER

IT IS SO ORDERED

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED**: December 15, 2016